IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| EDDIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:08-cv-0057 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CHERRY LINDAMOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for preliminary injunction challenging his continued placement in administrative segregation without a due process hearing (Docket Entry No. 100) is **DENIED**. The parties have ten (10) days from the date of entry of this Order to show cause why the preliminary injunction ruling should not be deemed consolidated with final hearing under Fed. R. Civ. P. 65(a)(2). The result of which would be dismissal of this action.

It is so **ORDERED**.

ENTERED this the 24th day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge